United States District Court
Southern District of Texas
**ENTERED**
September 05, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| X.D. JR, *by his mother and father as next friends, Vanessa De Leon and Xavier Duran*, <br> "Plaintiff," <br><br> v. <br><br> TOTALLY KIDZ LEARNING CENTER, et al., <br> "Defendants." | § § § § § § § § § § | Civil Action No. 1:24-cv-00051 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 25). The R&R recommends this Court (1) deny Defendants' "Motion to Dismiss Plaintiff's Original Complaint" ("MTD") (Dkt. No. 15); and (2) grant Plaintiff leave to amend their complaint.

Neither party objected to the R&R. *See* Dkt. Nos. 26 & 28. When there are no objections to the magistrate's ruling, the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 25) is **ADOPTED.**

For these reasons, Defendants' MTD (Dkt. No. 15) is **DENIED,** and Plaintiff is **GRANTED** leave to amend their complaint. Because Plaintiff recently filed their amended complaint (Dkt. No. 29) while this order was pending,[1] the Court **ORDERS** the Clerk of the Court to docket the amended complaint as a new entry to reflect that the amended complaint is the live pleading.

Signed on this 5th day of September, 2024.

Rolando Olvera
United States District Judge

---

[1] Plaintiff's amended complaint (Dkt. No. 29) was mistakenly categorized in the docket as a "motion".