United States District Court
Southern District of Texas
**ENTERED**
July 31, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| X.D., JR., et al.,<br>    "Plaintiffs,"<br><br>v.<br><br>TOTALLY KIDZ LEARNING CENTER<br>AND PATRICIA ARELLANO,<br>    "Defendants." | §<br>§<br>§<br>§     Civil Action No. 1:24-cv-00051<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's "Report and Recommendation Approving Minor Settlement" (Dkt. No. 83) (Dkt. No. 83) ("R&R"). The R&R recommends that the Court grant Defendants' "Unopposed Motion Under Seal to Approve Settlement" (Dkt. No. 82) ("Joint Motion") and approve the "Settlement Agreement and Release" (Dkt. No. 82-1) ("Agreement").

Objections to the R&R were due July 29, 2025. No objections were filed. If there have been no objections to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 83) is **ADOPTED**. The Joint Motion (Dkt. No. 82) is **GRANTED** and the Agreement (Dkt. No. 82-1) is **APPROVED**. The previously submitted motion for settlement approval (Dkt. No. 79) is **DENIED** as moot. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on this 31 day of July, 2025.

Rolando Olvera
United States District Judge